No. 95–5391. WILLINGHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5467. PORTERFIELD v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–5541. BAXTER v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–5650. RODRIGUEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5680. JACKSON v. CIRCUIT COURT OF MICHIGAN, INGHAM COUNTY. Ct. App. Mich. Certiorari denied.

No. 95–5681. SCARBROUGH v. CITY OF PRICHARD, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5688. BRYANT v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5700. PANARO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–5702. DUTCHER v. SWEENEY. Sup. Ct. Nev. Certiorari denied.

No. 95–5709. MURPHY v. JUSTUS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5710. LONEWOLF v. ORANGE COUNTY SOCIAL SERVICES ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–5717. ROWE v. CROSBY, SUPERINTENDENT, NEW RIVER CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5723. VICKSON v. FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5725. WASHINGTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5729. CHARLESTON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.